UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                              Case No.  08-cr-23-01-SM

<u>Denis Frigon</u>

<u>O R D E R</u>

Defendant Frigon's motion to continue the final pretrial conference and trial is granted  (document 8).   Trial has been rescheduled for the June 2008 trial period.   Defendant Frigon shall file a waiver of speedy trial rights not later than May 9, 2008.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  May 30,  2008 at  3:30 p.m.

**Jury Selection**:  June 3, 2008 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

April 25, 2008

cc: Jessica Brown, Esq.
 Helen Fitzgibbon, AUSA
 US Probation
 US Marshal